CLERK'S OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED
OCT 24 2018
JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : Case No. 1:18CR00025 |
| | : |
| SHAWN WAYNE FARRIS | : |
| SEAN PHILIP MAIDLOW | : |
| JAIR MEDINA GUTIERREZ | : |
|    "Primo" | : Violations: 18 U.S.C. § 924(c) |
| LACEY CHERI WEIR | :            21 U.S.C. §§ 841, 843, 846 |
| ANDREA NICOLE STICKEL | : |
|    "Nikki" | : |
| JAMES NICHOLAS HOWINGTON | : |
|    "Nick" | : |
| JAMES ROBERT JOHNSON | : |
|    "Jamie" | : |
| STEPHEN ANTHONY GRAHAM | : |
| CHRISTOPHER LEE SMILEY | : |
| JOSHUA TODD CHAPMAN | : |
|    "Josh" | : |
| SALEEMA LASHAWN ROBERSON | : |
|    "Georgia" | : |
| DONALD ZACHARY SNYDER | : |
|    "Stryker" | : |
| JAMES SKYLER SEBASTIAN | : |
| LARRY LEVI BENNETT | : |
| TERRY MELVIN DALTON | : |
| HEATHER ASHLEY DAVIS | : |
| BRIANNA NICOLE WOODBY | : |
|    "Bri Nickles" | : |
| DONALD SHANE HAWTHORNE | : |
| GARY LEE MCFARLANE | : |
| ELIZABETH PAULINE EATON | : |
|    "Beth" | : |
| MATTHEW TODD MULLINS | : |
| ANTHONY JEROME HARLESS | : |
| KIMBERLY ANN DRAKE | : |
|    "Mama Kim" | : |
| BRANDON HEATH WHITT | : |
| MELISSA DARLENE BARRETT | : |
| SUSAN NICOLE PAYNE | : |
|    "Susan Wright" | : |
| BRADLEY SCOTT WILLIAMS | : |
| DEVON SCOTT COLEMAN | : |
|    "Cuz" | : |

# INDICTMENT

## COUNT ONE

The Grand Jury charges that:

1.  On or about and between January 1, 2016, and October 23, 2018, in the Western District of Virginia and elsewhere, SHAWN WAYNE FARRIS, SEAN PHILIP MAIDLOW, JAIR MEDINA GUTIERREZ, LACEY CHERI WEIR, ANDREA NICHOLE STICKEL, JAMES NICHOLAS HOWINGTON, JAMES ROBERT JOHNSON, STEPHEN ANTHONY GRAHAM, CHRISTOPHER LEE SMILEY, JOSHUA TODD CHAPMAN, SALEEMAH LASHAWN ROBERSON, DONALD ZACHARY SNYDER, JAMES SKYLER SEBASTIAN, LARRY LEVI BENNETT, TERRY MELVIN DALTON, HEATHER ASHLEY DAVIS, BRIANNA NICOLE WOODBY, DONALD SHANE HAWTHORNE, GARY LEE MCFARLANE, ELIZABETH PAULINE EATON, MATTHEW TODD MULLINS, ANTHONY JEROME HARLESS, KIMBERLY ANN DRAKE, BRANDON HEATH WHITT, MELISSA DARLENE BARRETT, SUSAN NICOLE PAYNE, BRADLEY SCOTT WILLIAMS, DEVON SCOTT COLEMAN, and others known and unknown to the grand jury, knowingly and intentionally conspired:

    a) to distribute and possess with the intent to distribute a mixture and substance containing 500 grams or more of a detectable amount of methamphetamine, its salts, isomers, or salts of its isomers, a Schedule II controlled substance, and heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841; and

USAO# 2017R00243

Case 1:18-cr-00025-JPJ-PMS   Document 34   Filed 10/24/18   Page 2 of 9   Pageid#: 6542

b) to knowingly and intentionally use any communication facility in committing and causing the facilitation of any felony controlled substance offense under Title 21, in violation of Title 21, United States Code, Section 843(b).

2. All in violation of Title 21, United States Code, Sections 846, 841(b)(1)(A), 841(b)(1)(C), and 843(d).

## COUNT TWO

The Grand Jury charges that:

1. On or about April 6, 2018, in the Western District of Virginia and elsewhere, SALEEMAH LASHAWN ROBERSON knowingly and intentionally distributed and possessed with the intent to distribute a mixture or substance containing methamphetamine, a Schedule II controlled substance.

2. All in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(C).

## COUNT THREE

The Grand Jury charges that:

1. On or about August 4, 2017, in the Western District of Virginia and elsewhere, DONALD ZACHARY SNYDER knowingly and intentionally possessed with the intent to distribute a mixture or substance containing methamphetamine, a Schedule II controlled substance.

2. All in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(C).

## COUNT FOUR

The Grand Jury charges that:

1. On or about August 4, 2017, in the Western District of Virginia and elsewhere, DONALD ZACHARY SNYDER knowingly used and carried during and in relation to, and possessed in furtherance of, a drug trafficking crime for which they may be prosecuted in a court

of the United States (possess with the intent to distribute a substance containing methamphetamine, as set forth in Count Three), a firearm.

2. All in violation of Title 18, United States Code, Section 924(c).

## COUNT FIVE

The Grand Jury charges that:

1. On or about March 23, 2017, in the Western District of Virginia and elsewhere, JAMES SKYLER SEBASTIAN knowingly and intentionally distributed and possessed with the intent to distribute a mixture or substance containing methamphetamine, a Schedule II controlled substance.

2. All in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(C).

## COUNT SIX

The Grand Jury charges that:

1. On or about December 8, 2016, in the Western District of Virginia and elsewhere, LARRY LEVI BENNETT knowingly and intentionally distributed and possessed with the intent to distribute a mixture or substance containing methamphetamine, a Schedule II controlled substance.

2. All in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(C).

## COUNT SEVEN

The Grand Jury charges that:

1. On or about March 23, 2017, in the Western District of Virginia and elsewhere, TERRY MELVIN DALTON knowingly and intentionally distributed and possessed with the intent to distribute a mixture or substance containing methamphetamine, a Schedule II controlled substance and heroin, a Schedule I controlled substance.

2. All in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(C).

## COUNT EIGHT

The Grand Jury charges that:

1. On or about April 26, 2017, in the Western District of Virginia and elsewhere, TERRY MELVIN DALTON knowingly and intentionally distributed and possessed with the intent to distribute a mixture or substance containing methamphetamine, a Schedule II controlled substance.

2. All in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(C).

## COUNT NINE

The Grand Jury charges that:

1. On or about March 8, 2017, in the Western District of Virginia and elsewhere, GARY LEE MCFARLANE knowingly and intentionally distributed and possessed with the intent to distribute a mixture or substance containing methamphetamine, a Schedule II controlled substance.

2. All in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(C).

## COUNT TEN

The Grand Jury charges that:

1. On or about March 14, 2017, in the Western District of Virginia and elsewhere, GARY LEE MCFARLANE knowingly and intentionally distributed and possessed with the intent to distribute a mixture or substance containing methamphetamine, a Schedule II controlled substance.

2. All in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(C).

## COUNT ELEVEN

The Grand Jury charges that:

1. On or about March 22, 2017, in the Western District of Virginia and elsewhere, MATTHEW TODD MULLINS knowingly and intentionally distributed and possessed with the intent to distribute a mixture or substance containing methamphetamine, a Schedule II controlled substance.

2. All in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(C).

## COUNT TWELVE

The Grand Jury charges that:

1. On or about June 23, 2017, in the Western District of Virginia and elsewhere, MELISSA DARLENE BARRETT knowingly and intentionally distributed and possessed with the intent to distribute a mixture or substance containing methamphetamine, a Schedule II controlled substance.

2. All in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(C).

## COUNT THIRTEEN

The Grand Jury charges that:

1. On or about June 27, 2017, in the Western District of Virginia and elsewhere, MELISSA DARLENE BARRETT knowingly and intentionally distributed and possessed with the intent to distribute a mixture or substance containing methamphetamine and cocaine, Schedule II controlled substances.

2. All in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(C).

## COUNT FOURTEEN

The Grand Jury charges that:

1. On or about January 5, 2018, in the Western District of Virginia and elsewhere, MELISSA DARLENE BARRETT and SUSAN NICOLE PAYNE, as principals and aiders and abettors, knowingly and intentionally distributed and possessed with the intent to distribute a mixture or substance containing methamphetamine, a Schedule II controlled substance.

2. All in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2.

## COUNT FIFTEEN

The Grand Jury charges that:

1. On or about March 15, 2018, in the Western District of Virginia and elsewhere, MELISSA DARLENE BARRETT knowingly and intentionally attempted to possess with the intent to distribute 50 grams or more of a mixture or substance containing methamphetamine, a Schedule II controlled substance.

2. All in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(B).

## COUNT SIXTEEN

The Grand Jury charges that:

1. On or about September 20, 2017, in the Western District of Virginia and elsewhere, DEVON SCOTT COLEMAN knowingly and intentionally possessed with the intent to distribute 50 grams or more of a mixture or substance containing methamphetamine, a Schedule II controlled substance.

2. All in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(B).

USAO# 2017R00243
Case 1:18-cr-00025-JPJ-PMS    Document 34    Filed 10/24/18    Page 7 of 9    Pageid#: 6547

## COUNT SEVENTEEN

The Grand Jury charges that:

1. On or about September 20, 2017, in the Western District of Virginia and elsewhere, DEVON SCOTT COLEMAN knowingly used and carried during and in relation to, and possessed in furtherance of, a drug trafficking crime for which they may be prosecuted in a court of the United States (possess with the intent to distribute a substance containing methamphetamine, as set forth in Count Sixteen), a firearm.

2. All in violation of Title 18, United States Code, Section 924(c).

## NOTICE OF FORFEITURE

1. Upon conviction of one or more of the felony offenses alleged in this Indictment, the defendants shall forfeit to the United States:

   a. any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of said offenses, pursuant to 21 U.S.C. § 853(a)(1).

   b. any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of said offenses, pursuant to 21 U.S.C. § 853(a)(2).

2. The property to be forfeited to the United States includes but is not limited to the following property:

   a. **Money Judgment**

   Not less than $500.000 and all interest and proceeds traceable thereto, in that such sum in aggregate was obtained directly or indirectly as a result of said offenses or is traceable to such property.

b. **United States Currency**

      (1) $16,400.00
      (2) $6,000.00
      (3) $15,940.60

   c. **Firearms**

      (1) Ruger SR40 semi-automatic pistol

3. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

   a. cannot be located upon the exercise of due diligence;
   b. has been transferred or sold to, or deposited with a third person;
   c. has been placed beyond the jurisdiction of the Court;
   d. has been substantially diminished in value; or
   e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States to seek forfeiture of any other property of the defendant up to the value of the above-described forfeitable property, pursuant to 21 U.S.C. § 853(p), including but not limited to above property.

A TRUE BILL, this __24__ day of October, 2018.

_____
Grand Jury Foreperson

/s/ Thomas T. Cullen
THOMAS T. CULLEN
by JM  United States Attorney