# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF VIRGINIA
## ABINGDON DIVISION
## CRIMINAL MINUTES – SENTENCING HEARING

**Case No.:** 1:18CR25-20　　　　　　　　　　　　　　**Date:** 5/14/19

**Defendant:** Elizabeth Eaton, Custody　　　　　**Counsel:** Helen Phillips, Appt.

PRESENT:　JUDGE: James P. Jones　　TIME IN COURT: 2:45 – 3:21 p.m.
　　　　　　Deputy Clerk: Felicia Clark　　　　Total: 36 minutes
　　　　　　Court Reporter: Donna Prather, OCR
　　　　　　U. S. Attorney: Zachary Lee
　　　　　　USPO: Angela Sullivan; Sumer Taylor-Sargent

**PROCEEDINGS:**

- ☒ Court inquires as to Objection(s) to Presentence Report made by the Defendant.
    - ☒ Court overrules Objection(s).
- ☒ No evidence presented by counsel. Oral argument by counsel as to the appropriate sentence to be imposed.
- ☒ Court adopts Presentence Report.
- ☒ Allocutions.

SENTENCE IMPOSED AS FOLLOWS:

CBOP: 168 months
SR: 5 years - comply w/Standard, Mandatory & Special Conditions.
SA: $100.00 due immediately.
FINE: Waived
REST: N/A

- ☒ Court recommends as follows:
    - ☒ That Defendant receive appropriate mental health treatment while imprisoned.
    - ☒ That the defendant receive residential substance abuse treatment (RDAP) pursuant to the provisions of 18 U.S.C. § 3621(b).
    - ☒ That Defendant be designated to the Alderson, WV facility, in order to facilitate visits by family members.

SPECIAL CONDITIONS OF SUPERVISION (Check applicable conditions):

- ☒ The defendant shall reside in a residence free of firearms, ammunition, destructive devices and dangerous weapons.
- ☒ The defendant must submit to warrantless search and seizure of person and property by the probation officer or other law enforcement officer, whenever such officer has reasonable suspicion that the defendant is engaged in criminal activity.
- ☒ Following release from imprisonment, the court will evaluate defendant's status and determine whether, after incarceration, drug rehabilitation is necessary and appropriate. If additional rehabilitation is deemed appropriate, the defendant shall participate in a program as designated by the court, upon consultation with the probation officer, until such time as the defendant has satisfied all the requirements of the program.
- ☒ The defendant shall pay any fine, special assessment or restitution that is imposed by this judgment.

PAYMENT SCHEDULE:

- ☒ A lump sum payment of $100.00 is due immediately.

ADDITIONAL RULINGS:

- ☒ Forfeiture Allegation dismissed on Government Motion.
- ☒ Defendant advised of right to appeal.
- ☒ Defendant remanded to custody.