CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

4/23/2020

JULIA C. DUDLEY, CLERK
BY: S. Taylor
DEPUTY CLERK

AO 243 (Rev. 01/15)

MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR COR SENTENCE BY A PERSON IN FEDERAL CUSTODY

| United States District Court | District |
|---|---|

| Name (under which you were convicted): Elizabeth Pauline Eaton | Docket or Case No.: DVAW118CR000025-20 |
|---|---|
| Place of Confinement: Secure Female Facility Hazelton Brucetonmills WV 26525 | Prisoner No.: 92765083 |

| UNITED STATES OF AMERICA | v. | Movant (include name under which convicted) Elizabeth Pauline Eaton |
|---|---|---|

## MOTION

1. (a) Name and location of court which entered the judgment of conviction you are challenging:
United States District Court 4th Circuit
180 West Main Street, Room 104
Abingdon Va. 24210

   (b) Criminal docket or case number (if you know): DVAW118CR000025-20

2. (a) Date of the judgment of conviction (if you know): 05/14/2019

   (b) Date of sentencing: 05/14/2019

3. Length of sentence: 168 months

4. Nature of crime (all counts): 21:846 and 841(B)(1)(A)
Conspiracy to Distribute 500 grams or more of methamphetamine.

5. (a) What was your plea? (Check one)
   (1) Not guilty ☐     (2) Guilty ☒     (3) Nolo contendere (no contest) ☐

   (b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or what did you plead guilty to and what did you plead not guilty to?

6. If you went to trial, what kind of trial did you have? (Check one)   Jury ☐   Judge only ☐

7. Did you testify at a pretrial hearing, trial, or post-trial hearing?   Yes ☐   No ☒

8. Did you appeal from the judgment of conviction?   Yes ☐   No ☒

AO 243 (Rev. 01/15)                                                                                                        Page 3

9.  If you did appeal, answer the following:
    (a) Name of court: _____
    (b) Docket or case number (if you know): _____
    (c) Result: _____
    (d) Date of result (if you know): _____
    (e) Citation to the case (if you know): _____
    (f) Grounds raised:




    (g) Did you file a petition for certiorari in the United States Supreme Court?   Yes ☐   No ☐
        If "Yes," answer the following:
        (1) Docket or case number (if you know): _____
        (2) Result: _____

        (3) Date of result (if you know): _____
        (4) Citation to the case (if you know): _____
        (5) Grounds raised:




10. Other than the direct appeals listed above, have you previously filed any other motions, petitions, or applications, concerning this judgment of conviction in any court?
    Yes ☐   No ☒

11. If your answer to Question 10 was "Yes," give the following information:
    (a) (1) Name of court: _____
        (2) Docket or case number (if you know): _____
        (3) Date of filing (if you know): _____

        (4) Nature of the proceeding: _____
        (5) Grounds raised: _____

AO 243 (Rev. 01/15)                                                                                                               Page 4

(6) Did you receive a hearing where evidence was given on your motion, petition, or application?
    Yes ☐    No ☐
(7) Result: _____
(8) Date of result (if you know): _____
(b) If you filed any second motion, petition, or application, give the same information:
    (1) Name of court: _____
    (2) Docket of case number (if you know): _____
    (3) Date of filing (if you know): _____
    (4) Nature of the proceeding: _____
    (5) Grounds raised:




    (6) Did you receive a hearing where evidence was given on your motion, petition, or application?
        Yes ☐    No ☐
    (7) Result: _____
    (8) Date of result (if you know): _____
(c) Did you appeal to a federal appellate court having jurisdiction over the action taken on your motion, petition, or application?
    (1) First petition:     Yes ☐    No ☐
    (2) Second petition:    Yes ☐    No ☐
(d) If you did not appeal from the action on any motion, petition, or application, explain briefly why you did not:


12. For this motion, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

AO 243 (Rev. 01/15)                                                                                           Page 5

**GROUND ONE:** Ineffective Assistance of Counsel - Failure to Challenge Drug Weight Attributed to Defendant's Conduct/Role in Conspiracy    (SEE ATTACHMENT)

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

- Deficient performance resulted where counsel was ineffective and failed to challenge Drug Weight of 500 grams or more which was inaccurately attributed to the defendant as a result of her own conduct in the conspiracy, whereas the drug weight is inaccurately attributed because of her incarceration during the ongoing Federal Investigation. The actual result of her own conduct would put her into a lesser sentencing bracket.

- ~~Pred~~ Prejudice resulted in higher sentencing exposure, whereas the proceedings would be different in amount of months served.

(b) **Direct Appeal of Ground One:**

(1) If you appealed from the judgment of conviction, did you raise this issue?
    Yes ☐    No ☐

(2) If you did not raise this issue in your direct appeal, explain why:

_____

(c) **Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?
    Yes ☐    No ☐

(2) If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed:

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):

_____

(3) Did you receive a hearing on your motion, petition, or application?
    Yes ☐    No ☐

(4) Did you appeal from the denial of your motion, petition, or application?
    Yes ☐    No ☐

(5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?
    Yes ☐    No ☐

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):

_____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

**GROUND TWO:** Ineffective Assistance of Counsel, Failure to request Minor Role Reduction (SEE ATTACHMENT)

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

- Deficient performance resulted where counsel was ineffective for failing to request a minor role reduction, whereas I was incarcerated for most of the duration and ongoing Federal investigation.

- Prejudice resulted, if granted a minor role reduction between -1 and -4 points on my sentencing guidlines, my sentencing exposure would be less and I would have been sentenced to serve a lesser amount of months in the Federal Bureau of Prisons (See Attachment)

(b) **Direct Appeal of Ground Two:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐    No ☐

(2) If you did not raise this issue in your direct appeal, explain why:

(c) **Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐    No ☐

AO 243 (Rev. 01/15)                                                                                                     Page 7

(2) If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed:

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):

_____

(3) Did you receive a hearing on your motion, petition, or application?
    Yes ☐   No ☐

(4) Did you appeal from the denial of your motion, petition, or application?
    Yes ☐   No ☐

(5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?
    Yes ☐   No ☐

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):

_____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

**GROUND THREE:** Ineffective Assistance of Counsel; Failure to File an Appeal

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

• Deficient performance resulted where counsel was ineffective for failing to file an Appeal as directed.

• Prejudice resulted, whereas I was denied my Appeal Rights.

AO 243 (Rev. 01/15)　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Page 8

(b) **Direct Appeal of Ground Three:**

    (1) If you appealed from the judgment of conviction, did you raise this issue?

        Yes ☐　　No ☐

    (2) If you did not raise this issue in your direct appeal, explain why:

(c) **Post-Conviction Proceedings:**

    (1) Did you raise this issue in any post-conviction motion, petition, or application?

        Yes ☐　　No ☐

    (2) If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):

    (3) Did you receive a hearing on your motion, petition, or application?

        Yes ☐　　No ☐

    (4) Did you appeal from the denial of your motion, petition, or application?

        Yes ☐　　No ☐

    (5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?

        Yes ☐　　No ☐

    (6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

_____

**GROUND FOUR:** _____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

_____

(b) **Direct Appeal of Ground Four:**
   (1) If you appealed from the judgment of conviction, did you raise this issue?
       Yes ☐   No ☐
   (2) If you did not raise this issue in your direct appeal, explain why:

_____

(c) **Post-Conviction Proceedings:**
   (1) Did you raise this issue in any post-conviction motion, petition, or application?
       Yes ☐   No ☐

   (2) If you answer to Question (c)(1) is "Yes," state:
   Type of motion or petition: _____
   Name and location of the court where the motion or petition was filed:

   _____

   Docket or case number (if you know): _____
   Date of the court's decision: _____
   Result (attach a copy of the court's opinion or order, if available):

   _____

AO 243 (Rev. 01/15)                                                                                                        Page 10

(3) Did you receive a hearing on your motion, petition, or application?
Yes ☐   No ☐

(4) Did you appeal from the denial of your motion, petition, or application?
Yes ☐   No ☐

(5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?
Yes ☐   No ☐

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

13. Is there any ground in this motion that you have not previously presented in some federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them: NO

14. Do you have any motion, petition, or appeal now pending (filed and not decided yet) in any court for the you are challenging?   Yes ☐   No ☒
If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised.

AO 243 (Rev. 01/15)                                                                                    Page 11

15. Give the name and address, if known, of each attorney who represented you in the following stages of the you are challenging:

   (a) At the preliminary hearing:

   __Helen Eckert Phillips p.o. Box 517 Abingdon Va. 24212__

   (b) At the arraignment and plea:

   __Helen Eckert Phillips p.o. Box 517 Abingdon Va. 24212__

   (c) At the trial:

   _____

   (d) At sentencing:

   __Helen Eckert Phillips p.o. Box 517 Abingdon Va. 24212__

   (e) On appeal:

   _____

   (f) In any post-conviction proceeding:

   _____

   (g) On appeal from any ruling against you in a post-conviction proceeding:

   _____

16. Were you sentenced on more than one court of an indictment, or on more than one indictment, in the same court and at the same time?     Yes ☐     No ☒

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?     Yes ☐     No ☒

   (a) If so, give name and location of court that imposed the other sentence you will serve in the future:

   (b) Give the date the other sentence was imposed: _____

   (c) Give the length of the other sentence: _____

   (d) Have you filed, or do you plan to file, any motion, petition, or application that challenges the judgment or sentence to be served in the future?     Yes ☐     No ☐

18. TIMELINESS OF MOTION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2255 does not bar your motion.*

---

\* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2255, paragraph 6, provides in part that:
A one-year period of limitation shall apply to a motion under this section. The limitation period shall run from the latest of –
　(1)　the date on which the judgment of conviction became final;
　(2)　the date on which the impediment to making a motion created by governmental action in violation of the Constitution or laws of the United States is removed, if the movant was prevented from making such a motion by such governmental action;
　(3)　the date on which the right asserted was initially recognized by the Supreme Court, if that right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or
　(4)　the date on which the facts supporting the claim or claims presented could have been discovered through the exercise of due diligence.

Therefore, movant asks that the Court grant the following relief:

__Reconsider the original Imposed Sentence of 168 month__
or any other relief to which movant may be entitled.

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Motion under 28 U.S.C. § 2255 was placed in the prison mailing system on __April, 20, 2020__.
(month, date, year)

Executed (signed) on __April, 20, 2020__ (date)

_Elizabeth Pauline Eaton_
Signature of Movant

If the person signing is not movant, state relationship to movant and explain why movant is not signing this motion.

Elizabeth Eaton #92765083
SFF Hazelton
P.O. Box 3000
Brucetonmills WV. 26525

Clerks Offi-
for the Weste
210 Franklin
Roanoke Va.



e, United States District Court
n District of Va
Road, SW, Suite 540
24011-2208