# ATTACHMENT

**GROUND ONE:** Ineffective Assistance of Counsel — Failure to Challenge Drug Weight Attributed to Defendant's Conduct/Role in Conspiracy

My attorney, Ms. Phillips, failed to challenge my conduct, role, and participation in the aforesaid conspiracy, or at least the Drug Weight attributed to my own personal conduct. The records will show I was incarcerated in Bristol, VA. Jail on 1-23-17 and then housed in Southwest VA. Regional Jail until 3-7-2017. When released on Pre-Trial for the possession charge in Bristol, VA. In (October) June (8-17-2017) I was arrested again for possession with intent to distribute 17 grams and remained incarcerated at the Southwest VA. Regional Jail until 2-15-18 when the State gave me a bond and then I was released.

On May 9th 2018 — I was arrested on a Probation Violation and placed back in custody. I was sentenced to Virginia State Prison to serve my time on the Probation Violation. Then I was picked up by the U.S. Marshalls upon release from Brunswick Women's Prison in Capron, VA. I have remained incarcerated since.

As records show ——— I was incarcerated the majority of this Federal Investigation. I feel that my participation and Drug

page 2

Weight should have been negotiated because of me being incarcerated most of the time. I was NOT involved with the 500 grams or more attributed to my co-defendants. The result of my own conduct would show a lesser amount.

When I asked Ms. Phillips, my attorney, about this — she dismissed it and said the U.S. Attorney wouldn't go for it. How am I charged with a drug amount that did NOT result from my own conduct? (See Hart v. Gomez, 174 F.3d 1067, 1070 9th Circuit 1999) Where lawyer fails to introduce evidence, whereas my attorney failed also to introduce the actual drug amount attributed to my own conduct.

# ATTACHMENT

**GROUND TWO:** Ineffective Assistance of Counsel; Failure to Request Minor Role Reduction

During the duration of the Federal Investigation in regards to my case: I was incarcerated numerous times leaving my involvement, conduct, and role in the aforesaid conspiracy to a very low minimum exposure. I was in jail from 1-23-2017 thru 3-7-2017; then again from 6-17-2017 thru 2-15-2018; then again from 5-9-2018 thru 5-13-2018; and once more from 11-5-2018 thru 5-13-2019. I was in Virginia State Prison when Federally Indicted, on said charge, all of 5½ months from 1-23-17 until current.

As records show I was incarcerated the majority of this Federal Investigation — I feel my participation is of a bare minimum in this conspiracy, hence a request for a minor role reduction. I'm also the #20 defendant on the Indictment of 28 people, indicating where I stand from the Lead Defendant.

```
   HAF39   540*23  *         SENTENCE MONITORING         *       01-22-2020
PAGE 001           *          COMPUTATION DATA           *       07:28:09
                             AS OF 01-22-2020


REGNO..: 92765-083 NAME: EATON, ELIZABETH PAULINE


FBI NO............: 908219AC1            DATE OF BIRTH: 09-17-1981  AGE:  38
ARS1..............: HAF/A-DES
UNIT..............: K                     QUARTERS.....: K13-116L
DETAINERS.........: NO                    NOTIFICATIONS: NO

HOME DETENTION ELIGIBILITY DATE: 09-23-2029

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
THE INMATE IS PROJECTED FOR RELEASE:  03-23-2030 VIA GCT REL


---------------------CURRENT JUDGMENT/WARRANT NO: 010 ------------------------

COURT OF JURISDICTION............: VIRGINIA, WESTERN DISTRICT
DOCKET NUMBER....................: DVAW118CR000025-020
JUDGE............................: JONES
DATE SENTENCED/PROBATION IMPOSED: 05-14-2019
DATE COMMITTED...................: 07-16-2019
HOW COMMITTED....................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED................: NO

                    FELONY ASSESS  MISDMNR ASSESS  FINES         COSTS
NON-COMMITTED.:      $100.00        $00.00         $00.00        $00.00

RESTITUTION...:  PROPERTY:  NO   SERVICES:  NO       AMOUNT:  $00.00

-----------------------CURRENT OBLIGATION NO: 010 --------------------------
OFFENSE CODE....:  391     21:846 SEC 841-851 ATTEMPT
OFF/CHG: 21:846 & 841(B)(1)(A) CONSPIRACY TO DISTRIBUTE 500 GRAMS OR
         MORE OF METHAMPHETAMINE.

 SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:    168 MONTHS
 TERM OF SUPERVISION............:      5 YEARS
 DATE OF OFFENSE................: 10-23-2018




G0002          MORE PAGES TO FOLLOW . . .
```

```
HAF39   540*23 *          SENTENCE MONITORING        *     01-22-2020
PAGE 002 OF 002 *          COMPUTATION DATA          *     07:28:09
                            AS OF 01-22-2020

REGNO..: 92765-083 NAME: EATON, ELIZABETH PAULINE


------------------------CURRENT COMPUTATION NO: 010 ------------------------

COMPUTATION 010 WAS LAST UPDATED ON 07-18-2019 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 08-02-2019 BY DESIG/SENTENCE COMPUTATION CTR

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 010: 010 010

DATE COMPUTATION BEGAN..........: 05-14-2019
TOTAL TERM IN EFFECT............:  168 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:   14 YEARS
EARLIEST DATE OF OFFENSE........: 10-23-2018

JAIL CREDIT.....................:   FROM DATE    THRU DATE
                                    01-23-2017   03-07-2017
                                    09-17-2017   02-15-2018
                                    05-09-2018   05-13-2018
                                    11-05-2018   05-13-2019

TOTAL PRIOR CREDIT TIME.........: 391
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 756
TOTAL GCT EARNED................: 54
STATUTORY RELEASE DATE PROJECTED: 03-23-2030
EXPIRATION FULL TERM DATE.......: 04-17-2032
TIME SERVED.....................:     1 YEARS      9 MONTHS      3 DAYS
PERCENTAGE OF FULL TERM SERVED..:  12.6

PROJECTED SATISFACTION DATE.....: 03-23-2030
PROJECTED SATISFACTION METHOD...: GCT REL

REMARKS.......: JUDGE ORDERED JAIL CREDIT SEE PSR #339;




G0000          TRANSACTION SUCCESSFULLY COMPLETED
```