# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ABINGDON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CASE NO. 1:18CR0025-20** |
| v. | **ORDER TO RESPOND** |
| **ELIZABETH PAULINE EATON,**  Defendant. | By:   James P. Jones  United States District Judge |

Defendant, proceeding pro se, has filed a Motion to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. § 2255. After review of the motion and the record, it is **ORDERED** as follows:

1. The Clerk shall **SERVE** defendant's § 2255 motion, ECF No. 1099, on the United States Attorney for the Western District of Virginia in accordance with the Agreement on Acceptance of Service.

2. The United States shall answer or otherwise respond to the motion within sixty days of this Order's entry, and the defendant shall have twenty-one days thereafter to file a response.

3. The defendant shall notify the court immediately after he is transferred or released and provide a new mailing address. FAILURE TO NOTIFY THE COURT OF SUCH A CHANGE WILL RESULT IN DISMISSAL OF THIS ACTION.

4. The parties are advised that all mailed pleadings should be sent to the Clerk of Court at 210 Franklin Rd SW, Suite 540, Roanoke, VA 24011-2208.

5. The Clerk shall SEND a copy of this Order to the parties.

ENTER: April 24, 2020

/s/  James P. Jones
United States District Judge