Clerk, 04-21-20

I Elizabeth Pauline Eaton am writing in regards to a previously imposed sentence of 168 months on May 14, 2019 in the courts there in Abingdon Va. I had written my old Attorney Helen E. Phillips asking her to come back before the courts for a sentence reconsideration due to several facts 1. She never challenged the drug weight of my role in the conspiracy I was incarcerated for the majority of the Federal Investigation which can be verified from 01-23-17 to 3-7-17 then from 06- -17 to 02-15-18 then agian from 05-9-18 to currently, I am # 20 on the indictment indicating the lesser of my role as well and if my role had been challenged my sentencing points with a minor role reduction and lesser drug weight would have placed me in a different bracket. I have also filled a 2255 on these issues as well as not being given an appeal after requesting Mrs. Phillips to. And I was sent a letter from Mrs. Phillips indicating she got a new "county" job in August 2019 and closed her practice to take the county attorney job and directed me to write you and then you would let the judge know and He could appoint me another attorney if He sees fit. Please Help me and guide me in the right direction. Thank You very much for your time and attention.

Elizabeth Eaton
Elizabeth Eaton

Elizabeth Eaton 92765063
SFF Hazelton
P.O. Box 3000
Bruceton Mills WV. 26525

Clerk of the
United States District Court of Virginia
180 W. Main Street
Abingdon, Va 24210

24210-285129



PITTSBURGH PA 150
22 APR 2020 PM 5 L
FOREVER / USA