# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ABINGDON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | Case No. 1:18CR00025-20 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **ELIZABETH PAULINE EATON,** | ) | By: James P. Jones |
| | ) | United States District Judge |
| Defendant. | ) | |

The defendant has submitted a letter asking about appointment of counsel to assist with her pending Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C.A. § 2255. The court has discretion to appoint counsel to assist the defendant with a § 2255 motion when the interests of justice so require. *See* Criminal Justice Act, 18 U.S.C. § 3006A(a)(2)(B). This matter is not currently set for an evidentiary hearing, however, and the defendant has not demonstrated any other circumstance warranting the appointment of counsel at this time. For the stated reasons, it is hereby **ORDERED** that the defendant's letter, ECF No. 1110, is CONSTRUED AND DENIED as a motion seeking appointment of counsel.

ENTER: April 29, 2020

/s/ James P. Jones
United States District Judge